IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN A. RIVERA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT S. MUELLER, Director of the ) <br>    Federal Bureau of Investigation, ) <br>    Defendant. ) <br> ) | Civil Action No. 08-CV-6185 <br> Judge Pallmeyer |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Robert S. Mueller, Director of the Federal Bureau of Investigation (the "FBI"), by and through counsel, hereby respectfully moves, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1 for summary judgment on the grounds that there are no disputed material facts and that Defendant is entitled to judgment as a matter of law. In support of this motion, the FBI refers the Court to the attached Memorandum In Support Of Defendant's Motion For Summary Judgment and Statement Of Material Facts As To Which There Is No Dispute.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

PATRICK J. FITZGERALD
United States Attorney
THOMAS P. WALSH
Assistant United States Attorney
Chief, Civil Division
219 Dearborn Street
Chicago, Illinois
(312) 353-5300

       /s    Elisabeth Layton
ARTHUR R. GOLDBERG (D.C. Bar 180661)
Assistant Director
ELISABETH LAYTON (D.C. Bar 462227)
Civil Division, Federal Programs Branch
U.S. Department of Justice,
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Telephone: (202) 514-3183
Fax: (202) 616-8470
Elisabeth.Layton@usdoj.gov

Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that, in accordance with Fed. R. Civ. P. 5, LR 5.5, and this Court's General Order on Electronic Case Filing, the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served pursuant to the district court's ECF system as to ECF filers.

              /s Elisabeth Layton
              Elisabeth Layton
              Trial Attorney, Federal Programs Branch
              U.S. Department of Justice, Civil Division
              P.O. Box 883, 20 Massachusetts Avenue, NW
              Washington, DC 20044
              (202) 514-3183